UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 07-CV-14752

        HON. GEORGE CARAM STEEH

MICHAEL K. OLLIE,

        Defendant.

and

UNO'S OF BIRCH RUN, INC.

        Garnishee.

_____/

## ORDER DENYING DEFENDANT'S REQUEST FOR GARNISHMENT HEARING

Defendant Michael K. Ollie, appearing pro se, moves for a garnishment hearing to ask this court to stop his employer, Uno's of Birch Run, from garnishing his wages. This case arises out of a student loan for which Ollie defaulted. On January 4, 2008, the parties entered into a Consent Judgment by which Ollie agreed to pay the judgment of $4,390.57 in monthly installments of $150.00 beginning on January 15, 2008. Ollie has failed to make a single payment. The government sought and obtained a writ of garnishment for Ollie's wages.

Now before the court is Ollie's motion for a garnishment hearing. He alleges that his wages should not be garnished because he had lost his job for two months and he is behind on his child support. The government opposes Ollie's request for a hearing but

welcomes the opportunity to discuss the matter with him to establish a possible wage assignment with respect to his debt. Ollie has failed to show that his wages are exempt from garnishment under any federal law. The fact that he may be in arrears on his back child support does not exempt him from paying the consent judgment entered against him with respect to his student loan. Accordingly,

Defendant's request for a garnishment hearing relative to garnishee Uno's of Birch Run hereby is DENIED.

SO ORDERED.

Dated: April 14, 2008

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 14, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---